IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD KUNKEL,

      Plaintiff,                                    No. CIV S-06-1234 MCE KJM PS

      vs.

STATE OF CALIFORNIA DEPARTMENT
OF TRANSPORTATION, et al.,

      Defendant.                               <u>ORDER</u>

_____/

        Plaintiff has requested appointment of counsel and an extension of time to file an amended complaint.  There is no basis evident in plaintiff's request to warrant appointment of counsel.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days from the date of this order to file an amended complaint that complies with the order filed June 20, 2006.

        2. Plaintiff's request for appointment of counsel is denied without prejudice.

DATED: July 18, 2006.

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE

006
kunkel.eot