1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD KUNKEL,

     Plaintiff,                            No. CIV S-06-1234 MCE KJM PS

     vs.

STATE OF CALIFORNIA DEPARTMENT
OF TRANSPORTATION, et al.,

     Defendant.                        <u>ORDER</u>

_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff has filed a second amended complaint.

        The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

/////
/////
/////
/////

1       A claim is legally frivolous when it lacks an arguable basis either in law or in
2 fact. Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-
3 28 (9th Cir. 1984). The court may, therefore, dismiss a claim as frivolous where it is based on an
4 indisputably meritless legal theory or where the factual contentions are clearly baseless.
5 Neitzke, 490 U.S. at 327.

6       A complaint, or portion thereof, should only be dismissed for failure to state a
7 claim upon which relief may be granted if it appears beyond doubt that plaintiff can prove no set
8 of facts in support of the claim or claims that would entitle him to relief. Hishon v. King &
9 Spalding, 467 U.S. 69, 73 (1984) (citing Conley v. Gibson, 355 U.S. 41, 45-46 (1957)); Palmer
10 v. Roosevelt Lake Log Owners Ass'n, 651 F.2d 1289, 1294 (9th Cir. 1981). In reviewing a
11 complaint under this standard, the court must accept as true the allegations of the complaint in
12 question, Hospital Bldg. Co. v. Rex Hosp. Trustees, 425 U.S. 738, 740 (1976), construe the
13 pleading in the light most favorable to the plaintiff, and resolve all doubts in the plaintiff's favor,
14 Jenkins v. McKeithen, 395 U.S. 411, 421 (1969).

15       Plaintiff was previously advised that his complaint alleged only state law claims
16 and that as such, the claims should be pursued in state court, not federal court. The federal court
17 is one of limited jurisdiction. Plaintiff has not raised any federal claims in the amended
18 complaint. Plaintiff will be granted one final opportunity to amend the complaint.

19       If plaintiff chooses to amend the complaint, plaintiff must set forth the
20 jurisdictional grounds upon which the court's jurisdiction depends. Federal Rule of Civil
21 Procedure 8(a). Plaintiff must demonstrate how the conduct complained of has resulted in a
22 deprivation of plaintiff's federal rights. See Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980).
23 Further, plaintiff must allege with at least some degree of particularity overt acts in which
24 defendants engaged that support plaintiff's federal claims. Jones, 733 F.2d at 649.

25       In addition, plaintiff is informed that the court cannot refer to a prior pleading in
26 order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an

1 amended complaint be complete in itself without reference to any prior pleading.  This is
2 because, as a general rule, an amended complaint supersedes the original complaint.  See Loux v.
3 Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original
4 pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an
5 original complaint, each claim and the involvement of each defendant must be sufficiently
6 alleged.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff's second amended complaint is dismissed; and

       2.  Plaintiff is granted thirty days from the date of service of this order to file a third amended complaint that complies with the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the third amended complaint must bear the docket number assigned this case and must be labeled "Third Amended Complaint"; failure to file a third amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

DATED: November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

006
kunkel2.lta